IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | 8:11CV130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF NORTH PLATTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Amended Complaint (filing no. 10). In Plaintiff's Amended Complaint, Plaintiff states the following: "I was not able to complete this amended complaint due to my illness and I needed to reply by September 9th. Please allow me further time and I wil [sic] keep you advised from the hospital if possible." (*Id.* at CM/ECF p. 7.) In light of this statement by Plaintiff, on the court's own motion, Plaintiff will be given 21 days from today's date to supplement his Amended Complaint with any additional allegations.

    IT IS THEREFORE ORDERED that: On the court's own motion, Plaintiff shall have 21 days from today's date to supplement his amended complaint with any additional allegations. The court directs the clerk's office to set a pro se case management deadline in this case using the following text: Deadline for Plaintiff to supplement his Amended Complaint.

    DATED this 21st day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge